IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT
OF NEW YORK

| | |
|---|---|
| In Re:<br>Alex Ramirez<br>    Debtor(s) | Chapter: 7<br>Bankruptcy Case: 8-19-74285-ast<br>Bankruptcy Judge: Alan S. Trust |

**NOTICE OF REQUEST/MOTION TO
VACATE THE AUTOMATIC STAY (& OTHER RELIEF)
AND HEARING DATE**

TO ALL INTERESTED PARTIES:

    Please take notice that upon the annexed application of Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2005-FF11, Asset-Backed Certificates, Series 2005-FF11("Movant"), by the undersigned counsel, a hearing will be heard before the Honorable Alan S. Trust, for an Order granting Movant, its successors and/or assigns to proceed with its rights under state law with respect to the real property located at 116 Porterfield Place, Freeport, NY 11520.

| | |
|---|---|
| Date and Time of Hearing:<br>Location: | September 26, 2019 at 10:30 am<br>Bankruptcy Court for the Eastern District of New York<br>Alfonse M. D`Amato U.S. Courthouse<br>290 Federal Plaza<br>Central Islip, NY 11722 |

Date: August 23, 2019

Stern & Eisenberg, PC

By: /s/Jacqueline F. McNally, Esq.
Jacqueline F. McNally, Esq.
Bar No. 5309091
Stern & Eisenberg, PC
485 B Route 1 South, Suite 330
Woodbridge Corporate Center
Iselin, NJ 08830
Phone: (516) 630-0288
Fax: (732) 726-8719
jmcnally@sterneisenberg.com
Counsel for Movant

Service List

| | |
|---|---|
| Robert L. Pryor<br>675 Old Country Road<br>Westbury, NY 11590<br>(BK Trustee) | Regular Mail<br>Notice of Electronic Filing (ECF) |
| Gary C. Fischoff<br>6901 Jericho Turnpike<br>Suite 230<br>Syosset, NY 11791<br>(Debtor Counsel) | Regular Mail<br>Notice of Electronic Filing (ECF) |

United States Trustee
560 Federal Plaza
Room 560
Central Islip, NY 11722-4437

All other parties on ECF:  REGULAR MAIL

Alex Ramirez
116 Porterfield Place
Freeport, NY 11520